**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02544-CMA-MEH

DANA PARKER,

    Plaintiff,

v.

TRUSTWAVE HOLDINGS, INC. d/b/a
AUBIRON TRUSTWAVE, a Delaware corporation,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Dana Parker and Defendant Trustwave Holdings, Inc. d/b/a Aubiron Trustwave[1], by and through their respective counsel, hereby give notice to the Court as follows:

1. On January 26, 2021, the Parties reached a settlement that will dispose of this litigation in its entirety.

2. The Parties are currently in the process of finalizing the settlement documents.

3. In light of the provisions of Older Workers Benefit Protection Act, 29 U.S.C. § 626, the Parties anticipate filing a Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) in six weeks' time, or no later than March 10, 2021.

---

[1] The former d/b/a of Trustwave Holdings, Inc. is AmbironTrustwave, not Aubiron Trustwave.

Respectfully submitted this 27th day of January, 2021.

| | |
|---|---|
| DARLING MILLIGAN PC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| *s/ Jason B. Wesoky* | *s/ Steven R. Reid* |
| Jason B. Wesoky | Roger G. Trim |
| Kylie M. Schmidt | Steven R. Reid |
| 1331 17th Street, Suite 800 | 2000 South Colorado Boulevard |
| Denver, Colorado 80202 | Tower Three, Suite 900 |
| Telephone: (303) 623-9133 | Denver, CO 80222 |
| Facsimile:  (303) 623-9129 | Telephone: (303)764-6800 |
| jwesoky@darlingmilligan.com | Facsimile: (303)831-9246 |
| kschmidt@darlingmilligan.com | roger.trim@ogletree.com |
| | steven.reid@ogletree.com |
| *Attorneys for Plaintiff Dana Parker* | *Attorneys for Defendant Trustwave Holdings, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2021, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to Plaintiff's counsel at the following e-mail addresses:

Jason B. Wesoky
jwesoky@darlingmilligan.com

Kylie M. Schmidt
kschmidt@darlingmilligan.com

<em>s/ Alison L. Shaw</em><br>Alison L. Shaw, Paralegal