IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 20-cv-02544

DANA PARKER, an individual,

    Plaintiff

v.

TRUSTWAVE HOLDINGS, INC D/B/A AUBIRON TRUSTWAVE, a Delaware corporation.

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Trustwave Holdings, Inc., d/b/a Aubiron Trustwave, a Delaware corporation, by and through their respective counsel, hereby stipulate to the dismissal of this action with prejudice. , each side to be responsible for her or its respective attorney's fees and costs.

Respectfully submitted this 17th day of March 2021.

    */s/Jason B. Wesoky*
    Jason B. Wesoky, Reg. No. 34241
    Kylie M. Schmidt, Reg. No. 49478
    DARLING MILLIGAN PC
    1331 17th Street, Suite 800
    Denver, Colorado 80202
    Telephone:   (303)623-9133
    Facsimile:   (303)623-9129
    jwesoky@darlingmilligan.com
    kschmidt@darlingmilligan.com
    Attorneys for Plaintiff
    OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.

*s/ Steven R. Reid*
Roger G. Trim
Steven R. Reid
2000 S. Colorado Boulevard
Tower Three, Suite 900
Denver, CO 80222
Telephone: 303.764.6800
Facsimile: 303.831.9246
roger.trim@ogletree.com
steven.reid@ogletree.com
*Attorneys for Defendant Trustwave Holdings, Inc.*

## CERTIFICATE OF SERVICE

I certify that on the 17th day of March 2021, a true and correct copy of the above and foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed and served via CM/ECF on the following:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Roger G. Trim
Steven R. Reid
2000 South Colorado Boulevard
Tower Three, Suite 900
Denver, CO 80222
roger.trim@ogletree.com
steven.reid@ogletree.com
*Attorneys for Defendants*

*/s/Chirlyn Scroggins*
Chirlyn Scroggins, Paralegal
